IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )    1:04cr219-T
                            )       (WO)
MARK WAYNE CONNELLY         )
```

## ORDER

It is ORDERED that the parties will file briefs on the following issues by July 18, 2005.  When the factual basis of revocation is the same as the factual basis of a criminal charge:

(1) Should the two sentences run consecutively or concurrently?

(2) What are the consequences when, merely because of happenstance, the sentencing for the criminal case takes place after the sentencing for revocation?

The above issues should be briefed using any relevant sentencing guidelines, case law (including that on departures), and/or statutes.

In addition, it is ORDERED that sentencing for defendant Mark Wayne Connelly is set for August 4, 2005, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, AL 36104.

DONE, this the 30th day of June, 2005.

    /s/ Myron H. Thompson
    United States District Judge